**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| BRIAN ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:15-cv-00796 (TSE/MSN) |
| | ) |
| PROTECH DENTAL STUDIO, INC., *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER APPROVING SETTLEMENT AND DISMISSAL WITH PREJUDICE

This matter arose before the Court on the Consent Motion to Approve Settlement and Dismiss with prejudice filed by the parties to this action. This claim arose pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* and, therefore, requires court approval. The applicable law in this Court provides that FLSA claims may be compromised after the Court reviews and approves a settlement in a private action for back wages. *See Belcher v. CHA Companies, Inc.*, No. 3:10cv420, 2011 WL 1366477, 1 (E.D. Va. March 16, 2011); *Lomascolo v. Parsons Brinkerhoff, Inc.* No. 1:08cv1310, 2009 WL 3094955, at *8 (E.D. (Va. Sept. 28, 2009).

This Court, being fully advised in the premises, hereby approves the settlement of plaintiff's wage and hour claims as outlined in the Consent Motion to Approve Settlement and Dismiss with prejudice and Settlement Agreement submitted by the parties, and hereby dismisses this action with prejudice, with each party to pay their own costs and fees incurred.

DONE and ORDERED in the Chambers of the United States District Court for the Eastern District of Virginia this _1st_ day of March, 2016.

/s/

T. S. Ellis, III
United States District Judge

JUDGE T. S. ELLIS, III
UNITED STATES DISTRICT JUDGE